# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KERRY BUSER, M.D.,** | ) | |
| | ) | **7:04CV5002** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RICHARD A. RAYMOND, M.D., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court *sua sponte*.  Due to the extension of time to respond to the pending motion for summary judgment and the rule time allowed for a reply, the pretrial conference scheduled for September 12, 2005, and the trial scheduled for October 3, 2005 are **cancelled** and will be rescheduled following the disposition of the pending motion for summary judgment.  Plaintiff's counsel shall arrange a telephone conference with the undersigned magistrate judge and opposing counsel within ten days following the court's order on the disposition of the motion for summary judgment.

**IT IS SO ORDERED.**

DATED this 14th day of June, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge