## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KERREY BUSER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **7:04CV5002** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RICHARD RAYMOND, et al.** | ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

The Clerk's Office has requested that Document Numbers 64 and 65 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.


**IT IS ORDERED** that the Clerk's Office shall strike Document Numbers 64 and 65 from the record.  The party is directed to re-file the document.

DATED this 16th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge