## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KERREY BUSER,** | ) | |
| | ) | |
| Plaintiff, | ) | 7:04CV5002 |
| | ) | |
| v. | ) | |
| | ) | |
| **JOHN L. REED, and JAMES D. SMITH,** | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 76 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 76 from the record. The party has re-filed the document.

DATED this 15th day of July, 2005.

                                                      BY THE COURT:

                                                    s/Thomas D. Thalken
                                                    United States Magistrate Judge