## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KERRY BUSER, M.D.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **7:04cv5002** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RICHARD A. RAYMOND, M.D., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court *sua sponte*. On June 14, 2005, the court cancelled the pretrial conference and the trial, both to be rescheduled following the disposition of the pending motion for summary judgment. **See** Filing No. 62. Disclosures by the parties of trial exhibits, and deposition testimony and discovery are due on September 1, 2005, and any motion *in limine* is due September 12, 2005. **See** Filing No. 40. Upon consideration,

**IT IS ORDERED:**

The Deposition Testimony and Discovery deadline, the Trial Exhibits deadline, and the Motions in Limine deadline set in the Final Progression Order (Filing No. 40) are stayed. These deadlines will be reestablished following disposition of the pending motion for summary judgment as ordered in Filing No. 62.

DATED this 29th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge